AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| LORETTOE M. FITZGERALD, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>      Defendant. ) | **JUDGMENT**<br>**CASE NO. 2:12-CV-78-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 28], DENIES Plaintiff's Motion for Judgment on the Pleadings [D.E. 23], and AFFIRMS the Commissioner's decision. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 25, 2013,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Kathleen S. Glancy (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)

| | |
|---|---|
| November 25, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |